UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEIDI LAHEY,**

        **Plaintiff,**

v.                                 **Case No: 6:17-cv-1636-Orl-41GJK**

**CREDIT ONE BANK, N.A.,**

        **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Dismiss and Compel Arbitration (Doc. 28), wherein Defendant requests an order compelling arbitration and dismissing this lawsuit. Because Plaintiff does not object to the requested relief, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Dismiss and Compel Arbitration (Doc. 28) is **GRANTED**. Plaintiff shall submit all claims to binding arbitration in accordance with Plaintiff's Cardholder Agreement.

2. This case is **DISMISSED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2018.

*[Signature]*

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record